# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHNATHAN AARON BROWN,

    Petitioner,

                                                             CASE NO. 2:11-CV-10764

v.                                                     HONORABLE DENISE PAGE HOOD

STEVE RIVARD,

    Respondent.

_____/

## **JUDGMENT**

Pursuant to the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**. Judgment is entered in favor of Respondent and against Petitioner.

                                               DAVID J. WEAVER
                                               CLERK OF THE COURT

                                             s/Denise Page Hood
                                             DENISE PAGE HOOD
                                             UNITED STATES DISTRICT JUDGE

Dated: November 25, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 25, 2013 , by electronic and/or ordinary mail.

<u>s/ Richard Loury for LaShawn R. Saulsberry</u>
Case Manager and Deputy Clerk

2:11-cv-10764-DPH-MKM   Doc # 10   Filed 11/25/13   Pg 2 of 2   Pg ID 1002